IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HENDERSON, | 1:06-CV-0018 REC WMW P |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| WARDEN ANTHONY MOFI, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $250.00 filing fee.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust

1

1  account statement for the six month period immediately preceding the filing of the complaint, or
2  in the alternative, pay the $250.00 filing fee for this action.  Failure to comply with this order will
3  result in a recommendation that this action be dismissed.
4  IT IS SO ORDERED.
5  **Dated:**     **March 6, 2006**                    /s/  **William M. Wunderlich**
   j14hj0                                              UNITED STATES MAGISTRATE JUDGE