IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HENDERSON, | |
| Plaintiff, | CV F 06 0018 OWW WMW   P |
| vs. | ORDER |
| A. MALFI, et al., | |
| Defendants. | |

On August 2, 2006, an order was entered, dismissing the complaint and granting Plaintiff leave to file an amended complaint. Plaintiff failed to do so, and on September 5, 2006, the court recommended dismissal of this action. On September 21, 2006, Plaintiff filed a motion for extension of time in which to file an amended complaint. On October 4,2006, an order was entered, adopting the findings and recommendations and dismissing this action. On the same date, Plaintiff filed a motion for extension of time. On October 12, 2006, an order was entered, vacating the judgment and reopening the case. To date, Plaintiff has not filed an amended complaint.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file, within thirty days of the date of service of this order, an amended complaint that addresses the order of August 2, 2006, dismissing the original complaint. Plaintiff's failure to do so will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:     January 4, 2007**              **/s/  William M. Wunderlich**
mmkd34                                     UNITED STATES MAGISTRATE JUDGE